■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN WOHNSIGL, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Delin, J.), imposed October 19, 1983.

Sentence affirmed.

The sentence imposed was appropriate in light of defendant's background and the circumstances of this crime. Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YANCY ZAPATA, Appellant.—Judgment of the Supreme Court, Queens County (Sherman, J.), rendered September 15, 1983, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; Penal Law § 70.02 [1] [b]; [2] [a]; [3] [b]; [4]). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.